THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of FRANCIS T. KING, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY,

Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 778.]